**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LORI KANINA, ESQ.**
*Assistant Corporation Counsel*
*Phone (212) 356-3280*
*Email lkanina@law.nyc.gov*

**BY ECF**

July 2, 2026

Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 250
New York, NY 10007

Re: *Tandika Wright v. The City of New York*
Docket No.: 25-cv-05167 (AS) (RWL)

Dear Judge Subramanian:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant the City of New York, hereinafter the "City," in the above-referenced matter. I write to respectfully request that the initial conference in this matter, currently scheduled for July 9, 2026, be adjourned *sine die* pending the outcome of the City's motion to dismiss.

On March 31, 2026, Your Honor scheduled an Initial Conference for July 9, 2026. *See* ECF No. 12. The City moved to dismiss Plaintiff's Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6) on May 16, 2026. ECF Nos. 16-18. As the motion is still pending, the City respectfully requests that the Initial Conference be adjourned *sine die* in the interest of judicial economy. This is the City's first request for an adjournment of the Initial Conference.

As the Plaintiff in this matter is an incarcerated individual, I was unable to request her consent on this request.

I thank the Court for its consideration of this matter.

Respectfully Submitted,

/s/ *Lori Kanina*
LORI KANINA
Assistant Corporation Counsel

cc: **BY ECF & FIRST CLASS MAIL**
Tandika Wright
PRO SE
Rose M. Singer Center
19-19 Hazen Street
East Elmhurst, New York, 11370

GRANTED. The initial pretrial conference scheduled for Thursday, July 9, 2026 is hereby ADJOURNED *sine die*. But if the Court denies defendant's motion to dismiss, then within 14 days of the date of that Order, the parties shall propose dates for a rescheduled initial pretrial conference within 45 days of the date of the Order.

The Clerk of Court is respectfully directed to terminate Dkt. 19.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 7, 2026